UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL CHILDS, CDCR #F-14068,<br><br>                      Plaintiff,<br><br>v.<br><br>D. PARAMO; CARIE COVEL; JESSE JUAREZ; PATRICK COVELLO; E. FRIJAS; L. GARNICA; V. SOSA; C. ODELL; LADONNA MUNOZ; S. WHITING; P. CAROLMAGNO; C. FROST; GILLIS; CDCR,<br><br>                      Defendants. | Case No.: 19-cv-0362-GPC-MSB<br><br>**ORDER DIRECTING CLERK OF COURT TO ADMINISTRATIVELY CLOSE FILE** |

      Earl Childs, ("Plaintiff"), currently housed at Kern Valley State Prison located in Delano, California, and proceeding pro se, filed this action pursuant to 42 U.S.C. § 1983 on February 21, 2019. *See* Compl. at 1, ECF Doc. No. 1.

      On May 13, 2109, Plaintiff notified the Court that he did not intend to open a new case but rather he intended the pleading he filed in this action to be an amended complaint in another action he had previously filed in this Court. *See* ECF No. 7. A court "'may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue.'"

*Bias v. Moynihan,* 508 F.3d 1212, 1225 (9th Cir. 2007) (quoting *Bennett v. Medtronic, Inc.*, 285 F.3d 801, 803 n.2 (9th Cir. 2002)).

The Court takes judicial notice of *Childs v. Paramo, et al.*, S.D. Cal. Civil Case No. 3:18-cv-2796. A review of the Court's docket in this matter indicates that the Court dismissed Plaintiff's Complaint on April 22, 2019 for failing to state a claim. *Id.*, ECF No. 6. Plaintiff was granted leave to file an amended pleading. *Id.* This matter also seems to involve the same facts and parties found in the matter currently before this Court which Plaintiff filed on February 21, 2019.

Accordingly, the Court directs the Clerk of Court to administratively close S.D. Cal. Civil Case No. 3:19-cv-00362-GPC-MSB and file Plaintiff's Complaint, *see* ECF No. 1, as Plaintiff's First Amended Complaint in S.D. Cal. Civil Case No. 3:18-cv-2796. The Clerk of Court is also directed to file Plaintiff's Exhibits in support of his Complaint, *see* ECF No. 5, as Exhibits in support of his First Amended Complaint in S.D. Cal. Civil Case No. 3:18-cv-2796.

Plaintiff is cautioned that all of his pleadings that he seeks to file with the Court must clearly show the proper case number.

**IT IS SO ORDERED.**

Dated: May 20, 2019

Hon. Gonzalo P. Curiel
United States District Judge